

# Fourth Court of Appeals
## San Antonio, Texas

October 27, 2015

No. 04-15-00637-CV

**IN RE** Anna T. **MUENZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice

On October 12, 2015, relator filed a petition for writ of mandamus followed by a motion to accelerate or, alternatively, to stay the underlying proceedings pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and motion to accelerate or stay are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on October 27, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2013-PC-2901, styled *In the Guardianship of Anna Muenz An Incapacitated Person*, pending in Probate Court No. 1, Bexar County, Texas, the Honorable Kelly Cross presiding.